# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Case No. 7:20–cr–02038 |
| § | |
| Kevin Arteaga–Morales § | |

## ORDER OF COMMITMENT

The above-named defendant was arrested upon the Supervised Release Petition charging him/her with violating terms of supervised release, imposed in the Southern District of Texas.

Bond: No bond set as ordered by district court.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: November 19, 2020

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE