AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
~~Southern District of Texas~~

**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF TEXAS**
Holding Session in McAllen

UNITED STATES OF AMERICA

v.

**KEVIN ARTEAGA-MORALES**

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 7:20CR02038-001**
**USM NUMBER: 11415-509**

Yvonne Marie Sanchez, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Mandatory and Special</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | LAW VIOLATION: Being found in the U.S. after previous deportation. [8 U.S.C. § 1326(a) and 1326(b)]. | 10/05/2020 |
| 2. | Illegal re-entry into the U.S. | 10/05/2020 |

☐  See Additional Violations

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: None
Defendant's Date of Birth: XX/XX/1990

City and State of Defendant's Residence:
Tegucigalpa, Honduras

February 24, 2021
Date of Imposition of Judgment

*Randy Crane* (signature)
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

February 26, 2021
Date

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

Judgment — Page 2 of 2

DEFENDANT: **KEVIN ARTEAGA-MORALES**
CASE NUMBER: **7:20CR02038-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: (44 days) time served.

The Court orders that the imprisonment term imposed in the instant offense run concurrently with the imprisonment term that was imposed in Docket Number 7:20CR01758-001.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL